IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LOUIS A. VECCHIO and BESSIE P.          )
VECCHIO, HUSBAND & WIFE; AND            )
LISA A. VECCHIO                         )
                                        )
                Plaintiffs,             )
                                        )        Civil Action No. 2:11-cv-01377
        v.                              )
                                        )
ENERGY CORPORATION OF                   )
AMERICA                                 )
                                        )
                Defendant.              )

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiffs Louis A. Vecchio, Bessie P.

Vecchio, and Lisa A. Vecchio and Defendant Energy Corporation of America that the parties

have reached a settlement and the above-captioned action, and all claims and counterclaims

asserted therein, are hereby dismissed, pursuant to Federal Rule of Civil Procedure 41(a), with

prejudice and without costs against any party.

Dated: November 13, 2012

CAROSELLI BEACHLER MCTIERNAN          REED SMITH LLP
& CONBOY LLC

/s/ David A. McGowan                   /s/ Nicolle R. Snyder Bagnell
William R. Caroselli                   Nicolle R. Snyder Bagnell
PA I.D. No. 00452                      PA I.D. No. 87936

David A. McGowan                       225 Fifth Avenue
PA I.D. No. 52010                      Pittsburgh, PA 15222
                                       (412) 288-7112
                                       (412) 288-3063 (fax)
20 Stanwix Street, 7th Floor
Pittsburgh, PA 15222                   *Attorneys for Defendant Energy*
                                       *Corporation of America*

*Attorneys for Plaintiffs*
*Louis A. Vecchio, Bessie P. Vecchio, and*
*Lisa A. Vecchio*                      *SO ORDERED, this 13 day of November, 2012.*

                                       _____ , C.J.