IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS A. VECCHIO and BESSIE P. VECCHIO, HUSBAND & WIFE; AND LISA A. VECCHIO<br><br>Plaintiffs,<br><br>v.<br><br>ENERGY CORPORATION OF AMERICA<br><br>Defendant. | Civil Action No. 2:11-cv-01377 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiffs Louis A. Vecchio, Bessie P. Vecchio, and Lisa A. Vecchio and Defendant Energy Corporation of America that the parties have reached a settlement and the above-captioned action, and all claims and counterclaims asserted therein, are hereby dismissed, pursuant to Federal Rule of Civil Procedure 41(a), with prejudice and without costs against any party.

Dated: November 13, 2012

CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC

/s/ David A. McGowan
William R. Caroselli
PA I.D. No. 00452

David A. McGowan
PA I.D. No. 52010

20 Stanwix Street, 7th Floor
Pittsburgh, PA 15222

*Attorneys for Plaintiffs*
*Louis A. Vecchio, Bessie P. Vecchio, and*
*Lisa A. Vecchio*

REED SMITH LLP

/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
PA I.D. No. 87936

225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-7112
(412) 288-3063 (fax)

*Attorneys for Defendant Energy*
*Corporation of America*

SO ORDERED, this 13 day of November, 2012.

_____, C.J.